**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

  v.

**STUART C. COLE, MARK C. SIMPSON, and STEPHANIE M. SIMPSON,**

  Defendants.

Case No. 7:13-CR-27 (HL)

### ORDER

Defendants were indicted on June 13, 2013. Defendants Mark Simpson and Stephanie Simpson had initial appearances and were arraigned on June 27, 2013. Defendant Stuart Cole is scheduled to have his initial appearance on August 13, 2013. The Government and Defendants Mark Simpson and Stephanie Simpson have moved the Court to continue this case from the trial term scheduled to begin on July 29, 2013. For the reasons discussed below, the Joint Motion for Continuance (Doc. 17) is granted and the case continued as to all Defendants.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants to a speedy trial. The Court further finds that failure to grant a continuance could result in the miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, this case is continued as to all Defendants to the trial term currently

scheduled to begin on October 29, 2013. Any delay occasioned by this continuance is deemed excludable delay pursuant to 18 U.S.C. § 3161(h).

**SO ORDERED,** this 12th day of July, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh