IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No:  7:13-CR-27 (HL) |
| | Violations: 18 U.S.C. § 1341 |
| vs. | 18 U.S.C. § 1343 |
| | 18 U.S.C. § 1349 |
| | 18 U.S.C. § 875 (d) |
| | 18 U.S.C. § 876 (d) |
| | 18 U.S.C. § 371 i/c/w |
| | 18 U.S.C. § 1956 (a)(1)(B)(I) |
| | 18 U.S.C. § 1956 (b) |
| | 18 U.S.C. § 1341 |
| | 18 U.S.C. § 1343 |
| | 18 U.S.C. § 1957 |
| | 18 U.S.C. § 1512 © |
| **MARK C. SIMPSON** | |
| **STEPHANIE M. SIMPSON** | |

## ORDER ON MOTION FOR CONTINUANCE

The Court having duly examined **Mark C. Simpson's and Stephanie M. Simpson's** "Motion for Continuance", joined by the Government, for good cause shown, finds that the ends of justice will be best served by granting the Motion to Continue in order to prevent a miscarriage of justice.

The Court finds that the need for continuance outweighs the public's and the defendant's interest in a speedy trial. Title 18 U.S.C. §3161 (h)(7)(A) and (h)(7)(B)(iv).

It is, therefore, ordered that the above-styled case is continued until the next trial term in Middle District of Georgia, Valdosta Division.

It is further ordered that the delay occasioned by this continuance shall be deemed excludable pursuant to the provision of Title 18, United States Code Section 3161 (h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED this  24th  day of September, 2013.

                                          s/Hugh Lawson
**SENIOR JUDGE, HUGH LAWSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA COURT**